UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL VALDEZ (1), and<br>PABLO VALDEZ (2),<br><br>    Defendants. | No. 5:22-CR-023-H-BQ |

## ORDER

United States Magistrate Judge D. Gordon Bryant made Findings, Conclusions, and a Recommendation (FCR) regarding the conduct of Defendants Miguel Angel Valdez and Pablo Valdez's attorney of record, James Wooldridge. Dkt. No. 86. Pursuant to this Court's authority under Local Criminal Rule 57.8(b)(2), Judge Bryant recommends that the Court sanction Mr. Wooldridge. *Id.* Specifically, Judge Bryant recommends that "defense counsel be sanctioned $300 . . . for violating an order of the Court." *Id.* at 10.

Where no specific objections are filed within 14 days after a party is served with a copy of the FCR, the Court must review the FCR only for plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). No objections were filed within the 14-day period.

The Court has examined the record and reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR (Dkt. No. 86). In accordance with its authority under Local Criminal Rule 57.8(b)(2), the Court sanctions James Wooldridge $300 for

violating an order of the Court. James Wooldridge shall pay $300 to the U.S. District Clerk, 1205 Texas Ave, Room 209, Lubbock, TX 79401.

So ordered on March 24, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE